AO 243 (Rev. 09/17)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District: Middle District of Florida Orlando Division |
|---|---|
| Name (under which you were convicted): Daniel J. Zirk | Docket or Case No.: 6:19-cr-224-orl-78EJK |
| Place of Confinement: USP Lee | Prisoner No.: #72900-018 |
| UNITED STATES OF AMERICA  v. | Movant (include name under which convicted) Daniel Zirk |

FILED 2022 JUN 13 PM 3:15 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO FLORIDA

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
Middle District of Florida Orlando Division
Clerk U.S. District Court 401 West Central Blvd Suite 1200 Orlando, Fl 32801-0120

   (b) Criminal docket or case number (if you know): 6:19-cr-224-orl-78EJK

2. (a) Date of the judgment of conviction (if you know): December 14, 2020
   (b) Date of sentencing: 12-14-2020

3. Length of sentence: 268 months

4. Nature of crime (all counts): 18 U.S.C. §§ 2119 and 2 Aiding and Abetting Carjacking
18 U.S.C. 924(c)(1)(A)(ii) Aiding and Abetting Brandishing of A Firearm the use, Carrying, and
18 U.S.C. 2119 and 2 Aiding and Abetting Carjacking
18 U.S.C. 2113(a) and 2 Aiding and Abetting Bank Robbery
18 U.S.C. 924(c)(1)(A)(ii) and 2 Aiding and Abetting the use, Carrying, and Brandishing of A Firearm

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☑   (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   I plead Guilty to Counts 5, 6, 7, 11, & 12
   Counts 8, 9, 10 of Second Superseding indictment were dropped.

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☐

Page 2 of 13

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?   Yes ☑   No ☒

9. If you did appeal, answer the following:
   (a) Name of court: 11 Cir Court of Appeals
   (b) Docket or case number (if you know): 21-10051
   (c) Result: Affirmed
   (d) Date of result (if you know): July 30, 2021
   (e) Citation to the case (if you know): Non-published
   (f) Grounds raised: Ineffective assistance of Counsel

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
       If "Yes," answer the following:
       (1) Docket or case number (if you know): _____
       (2) Result: _____
       (3) Date of result (if you know): _____
       (4) Citation to the case (if you know): _____
       (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

    (4) Nature of the proceeding: _____
    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☒
    (7) Result: _____
    (8) Date of result (if you know): _____
(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: _____
    (2) Docket of case number (if you know): _____
    (3) Date of filing (if you know): _____
    (4) Nature of the proceeding: _____
    (5) Grounds raised:

N/A

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☒
    (7) Result: _____
    (8) Date of result (if you know): _____
(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:    Yes ☐    No ☐
    (2) Second petition:  Yes ☐    No ☐
(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: _Refer to Below_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Ground #1 Pursuant to Borden, Petitioner's Car Jacking Convictions for crimes that can be committed Recklessly cannot satisfy §924(c)'s elements - clause definition of a crime of violence, Those convictions also cannot qualify as valid §924(c) predicates under the unconstitutional residual clause. BECAUSE CARJACKINGS DEFENDANT MAY ENGAGE IN INTIMIDATION UNDER A MENS REA OF RECKLESSNESS. THE OFFENSE OF CARJACKING FAILS TO QUALIFY AS A CRIME OF VIOLENCE. SEE borden, 141 S.CT AT 1822
FURTHERMORE, PLEASE SEE MEMORANDUM OF LAW.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☑

  (2) If you did not raise this issue in your direct appeal, explain why:
  Yes, Ground 1 - I did not present this claim because it is a Right that has been newly recognized see Borden V.S.U.S. 141 S.Ct 1817, 210 L.Ed. 2d 63 (2021) by the Supreme court & made Retroactively applicable to cases on collateral Review. Furthermore the petitioner

(c) **Post-Conviction Proceedings:** is proceeding under Actual Innocence & Jurisdictional Failure to _ground 1_
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☑

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☑

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) **Direct Appeal of Ground Two:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☐

AO 243 (Rev. 09/17)

(2) If you did not raise this issue in your direct appeal, explain why:

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

  Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

  Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

  Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A _____

AO 243 (Rev. 09/17)

**GROUND THREE:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☐
   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☐
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐   No ☐
   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐   No ☐
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐   No ☐

AO 243 (Rev. 09/17)

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND FOUR:**

(a) Supporting facts. (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐  No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:   N/A

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

YES, ground 1 - I did NOT PRESENT THIS claim because it is a right that has been newly recognized SEE BORDEN VS. U.S., 141 S.CT 1817, 210 L.Ed. 2d 63 (2021) by the Supreme Court & made retroactively applicable to cases on collateral review. Furthermore the petitioner is proceeding under Actual Innocence & Jurisdictional failure to ground 1

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

CHARLES E. TAYLOR JR, 37 N. ORANGE AVE, SUITE 500, ORLANDO FL 32801

(b) At the arraignment and plea:

SAME AS ABOVE

(c) At the trial:

(d) At sentencing:

SAME AS ABOVE

(e) On appeal:

ANDERS BRIEF

(f) In any post-conviction proceeding:

PRO-SE

(g) On appeal from any ruling against you in a post-conviction proceeding:

NONE

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☒

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

> The PETiTioNer is Timely wiTHiN § 28 U.S.C. §2255(F)(1) FURTHermore, THE PETiTioNer is Timely uNder Actual INNOCENCE & JurisdicTioNal claims

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

___VACATE HIS 924(c) CONVICTIONS & REMAND FOR RESENTENCING___
or any other relief to which movant may be entitled.

_____

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___5/27/22___ .
(month, date, year)

Executed (signed) on ___5-27-22___ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

___NONE___